[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1280.]

IN RE OWENS.

[Cite as *In re Owens,* 1996-Ohio-273.]

*Appeal dismissed as improvidently allowed.*

(No. 94-1806—Submitted November 15, 1995—Decided January 3, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 66452.

_____

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, *Lynne A. Yohe, Sharon Hawk* and *Arline M. Zehe,* Assistant Prosecuting Attorneys, for appellant Cuyahoga Support Enforcement Agency.

*Betty D. Montgomery,* Attorney General, and *Karen Lazorishak,* Assistant Attorney General, urging reversal for *amicus curiae,* Ohio Department of Human Services.

_____

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., WRIGHT, F.E. SWEENEY, PFEIFER AND COOK, JJ., concur.

DOUGLAS, J., dissents.

RESNICK, J., dissents and would reverse the judgment of the court of appeals.

_____